IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 5:14-CR-60-MTT |
| vs. | VIOLATION: 18 U.S.C. § 1951 |
| JAVON G. BRITTON and | 18 U.S.C. § 924(c)(1)(A) |
| MARYANN JEANETTE DAVIS | 18 U.S.C. § 2 |

THE GRAND JURY CHARGES:

## COUNT ONE
(Interference with Commerce by Robbery)

1.

That at all times relevant to this Indictment, Game Stop, a business in Macon, Georgia, was engaged buying and selling goods in interstate and foreign as a retail store and in an industry which affects interstate and foreign commerce.

2.

That on or about August 21, 2014, in the Macon Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court, the defendant,

**JAVON G. BRITTON,**

aided and abetted by

**MARYANN JEANETTE DAVIS,**

and by other, both known and unknown to the Grand Jury, did unlawfully obstruct, delay and affect, and attempt to obstruct delay and affect, commerce as that term is defined in Title 18,

1

United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that the defendants did unlawfully take and obtain personal property consisting of $492.00, more or less, in United States currency which was the property of Game Stop, from M.O., an employee of Game Stop, against his will by means of actual and threatened force, violence and fear of injury, immediate and future, to his person, that is by forcing him to give the money belonging to Game Stop to the defendants while defendant Britton brandished a firearm; all in violation of Title 18, United States Code, Sections 1951 and Section 2.

## COUNT TWO
### (Brandishing, Using and Carrying a Firearm in the Commission of a Crime of Violence)

That on or about August 21, 2014, in the Macon Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court, the defendants,

### JAVON G. BRITTON,

aided and abetted by others, both known and unknown to the Grand Jury, did knowingly brandish, use and carry one U.S. Military Surplus M1 carbine, serial number 4109063 during and in relation to, a crime of violence for which he may be prosecuted in a court of the United States, that is, the offense list in Count One of the Indictment, to-wit: Interference with Commerce by Robbery of the Game Stop store located at 4659 Presidential Parkway in Macon, Georgia; all in violation of Title 18, United States Code, Section 924(c)(1)(A) (i) and (ii) and Title 18, United States Code, Section 2.

A TRUE BILL.

_____
s/FOREPERSON OF THE GRAND JURY

MICHAEL J. MOORE
UNITED STATES ATTORNEY

Presented by:

_____
MICHAEL T. SOLIS
ASSISTANT UNITED STATES ATTORNEY


Filed in open court this 11th day of September, AD 2014.

_____
Deputy Clerk

3